IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02835-BNB

RAMICA YVETTE HOWARD,

    Plaintiff,

v.

MILITARY, BUSH ADMINISTRATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 12 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Ramica Yvette Howard initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. In an order filed on December 31, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Howard to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland advised Ms. Howard that the Title VII Complaint was not signed and that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 was incomplete and was not properly notarized. Ms. Howard was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On January 21, 2009, Ms. Howard filed an amended Title VII Complaint that is signed and she filed an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that is properly notarized. However, the amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 remains deficient because

it still is incomplete. Ms. Howard has not provided any information regarding her income or expenses that would allow the Court to determine whether she qualifies for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the Title VII Complaint, the amended Title VII Complaint, and the action are dismissed without prejudice for failure to cure all of the deficiencies. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on December 29, 2008, and the amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on January 21, 2009, are denied as moot.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02835-BNB

Ramica Y. Howard
4130 W. 30th Ave.
Denver, CO 80212

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk